Grady Edward LLOYD, Plaintiff–Appellant,

v.

Calvin ANTHONY, Warden of Lee Correctional Institution; Arevola Thomas, Disciplinary Hearing Officer; George Wardlaw, Counsel Substitute;

Counsel Substitute Goff; T. Boone, Administrative Worker for Disciplinary Office at Lee Correctional Institution, Defendants–Appellees.

No. 01–6789.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 28, 2001.

Grady Edward Lloyd, pro se. John Evans James, III, Lee, Erter, Wilson, James, Holler & Smith, L.L.C., Sumter, SC, for appellees.

Before LUTTIG, KING and GREGORY, Circuit Judges.

PER CURIAM.

Grady Edward Lloyd appeals the district court's order granting Defendants' motion for summary judgment in his action filed under 42 U.S.C.A. § 1983 (West Supp 2001). We dismiss the appeal for lack of jurisdiction because Lloyd's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, *see* Fed. R.App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on February 27, 2001. Lloyd's notice of appeal was filed on April 13, 2001. Because Lloyd failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*